UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AMERICAN FAMILY INSURANCE GROUP,

Plaintiff,

v.

JVC AMERICAS CORP.,

Defendant.

CIVIL NO. 00-27 (DSD/JMM)

ORDER

The above matter came on before the undersigned upon the "Stipulation to Extend the Deadline for Submission of Defendant's Expert Report" presented by the parties to this litigation. We will treat the parties' submission as a joint motion to extend discovery deadlines.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the joint motion to extend discovery deadlines is denied without prejudice for failure to comply with the requirements of Local Rule 16.3(b).

Dated: August 16, 1999

JOHN M. MASON
United States Magistrate Judge

FILED AUG 16 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________