**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| American Family Insurance Group, Plaintiff, vs. JVC Americas Corporation, Defendant. | **Civil No. 00-27 (DSD/JMM)** **~~PROPOSED~~ ORDER** |

The above-captioned matter came on for consideration before the United States District Court, District of Minnesota, Judge John M. Mason presiding, on the joint motion of Plaintiff American Family Insurance Group and Defendant JVC Americas Corp. ("JVC"), for extension of the discovery deadline for Defendant's expert Jeffrey Lindsey for submission of his expert's report to August 18, 2000.

Now, based on all the files, records and pleadings herein,

IT IS HEREBY ORDERED:

**1.** That the motion of the parties is in all respects granted;

**2.** That the deadline for submission of the expert report of Jeffrey Lindsey is August 18, 2000.

8/18/00

Judge John M. Mason
United States District Court
District of Minnesota

M2:20331346.01

FILED AUG 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________