UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AMERICAN FAMILY INSURANCE GROUP,

Plaintiff,

v.

JVC AMERICAS CORP.,

Defendant.

CIVIL NO. 00-27 (DSD/JMM)

ORDER

The above matter came on for hearing before the undersigned on August 23, 2000 upon Defendant's Motion for Protective Order [Docket No. 9] and Plaintiff's Motion to Compel Discovery and to Extend Discovery Deadline [Docket No. 11]. Michael W. Lowden, Esq. appeared for Plaintiff; Amy R. Freestone, Esq. appeared for Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED

1. Plaintiff's Motion to Compel Discovery and to Extend Discovery Deadline [Docket No. 11] is granted in part as follows:

a. Plaintiff may take such depositions as are necessary and appropriate, subject to the qualification that leave is expressly granted for Defendant to apply to the Court for an award of cost and attorney's fees if depositions are taken in violation of Rule 26(g) of the Federal Rules of Civil Procedure.

b. Defendant shall provide to Plaintiff a copy of the sales contract between Defendant JVC Americas Corp. and Victor Company of Japan no later than September 22, 2000.

FILED AUG 24 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

c. The Motion is in all other respects denied.

2. Defendant's Motion for Protective Order [Docket No. 9] is granted in part. Leave is expressly granted for Defendant's to apply to the Court for an award of cost and attorney's fees if depositions are taken in violation of Rule 26(g) of the Federal Rules of Civil Procedure. The Motion is in all other respects denied.

Dated: August 23, 2000

JOHN M. MASON
United States Magistrate Judge

**MEMORANDUM**

The Court placed its reasons for its Order on the record at the hearing.

J.M.M.