# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

American Family Insurance Group,

Case No. Civil 00-27 DSD/JMM

v.

**JUDGMENT IN A CIVIL CASE**

JVC Americas Corp.,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Defendant's motion in limine to exclude the testimony of Daniel Choudek is granted.

Defendant's motion for summary judgment is granted.

DATE: April 30, 2001

FRANCIS E. DOSAL, CLERK

Julie Rustad, Deputy Clerk

47