UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-27(DSD/JMM)

American Family Insurance Group,

Plaintiff,

v.

**ORDER**

JVC Americas Corp.,

Defendant.

This matter is before the court on plaintiff's letter pursuant to Local Rule 7.1(g) seeking permission to file a motion for reconsideration of the court's summary judgment order dated April 30, 2001. Plaintiff has also filed a motion for an extension of time in which to appeal the summary judgment order.

In its letter, plaintiff proffers new arguments to remedy the deficiencies which led to the entry of judgment against it. However, a motion for reconsideration cannot be used to raise new arguments which could have been raised prior to the issuance of judgment or present previously available evidence for the first time. Hagerman v. Yukon Energy Corp., 839 F.2d 407, 414 (8th Cir. 1988)(quoting Rothwell Cotton Co. v. Rosenthal & Co., 827 F.2d 246, 251 (7th Cir. 1987)(noting that the nonmovant has an affirmative duty to come forward to meet a properly supported motion for summary judgment, and that "[m]otions for reconsideration serve a limited

FILED 5-18-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

function: to correct manifest errors of law or fact or to present newly discovered evidence ...").

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' request for reconsideration is denied.

2. Plaintiff's motion for an extension of time to appeal is denied as moot.

Dated: May 18, 2001

David S. Doty, Judge
United States District Court